-2-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPTIMUM POWER SOLUTIONS LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>Lenovo (United States), Inc.,<br><br>        Defendant. | Case No. 3: 12-cv-03127-WHA<br><br>FINAL JUDGMENT OF NON-INFRINGEMENT<br><br>Judge: Hon. William H. Alsup |

Pursuant to and for the reasons set forth in the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784,

IT IS ORDERED AND ADJUDGED:

That this Final Judgment of Non-Infringement is in accordance with the Parties' Stipulation for Entry of Final Judgment as to Non-Infringement of U.S. Patent No. 5,781,784;

That, with respect to Plaintiff's claims against Defendant in this action, a final judgment of non-infringement be entered in favor of Defendant and against Plaintiff; and

That Defendant's counterclaims be dismissed without prejudice.

Dated: March 19, 2013.

                                                HON. WILLIAM H. ALSUP
                                               UNITED STATES DISTRICT JUDGE